IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY GORDON, | : | |
| Plaintiff | : | Civil Case Number |
| | : | |
| v. | : | |
| | : | |
| PPL CORPORATION | : | NO. 10-CV-03420-LS |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of April, 2011, upon consideration of defendant PPL Corporation's motion to dismiss the second amended complaint (Doc. # 20), and all responses and replies thereto, it is hereby ORDERED that the motion is GRANTED. The second amended complaint is DISMISSED with prejudice. The Clerk of Court shall mark this case closed.

BY THE COURT:


 /s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.